OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 02. 2015

U.S. POSTAGE >> PITNEY BOWES

PRESORTED
FIRST CLASS

6/25/2015
**SANTIAGO, ERICK LUIS AKA SANTIAGO, ERIK LUIS**
Tr. Ct. No. W14-33687-Y (A)                    **WR-83,504-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

U T F

ERICK LUIS SANTIAGO